UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: AUGUST 24, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            **CASE NO. CIVIL 97-1493**

===================================================================

PUERTO RICO CAMPER'S                     Attorneys:
ASSOCIATION, INC. ET AL                  For Plaintiffs:

      VS
                                         For Defendant:
PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY

===================================================================

By Order of the Court the above-mentioned case is hereby set for status conference on **Thursday, September 21, 2000 at 4:00 PM before Judge Garcia Gregory.**

Parties to be notified.

                                                LILY ALICEA
                                                COURTROOM DEPUTY