UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: SEPTEMBER 21, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            **CASE NO. CIVIL 97-1493 (JAG)**

==================================================================

| | |
|---|---|
| PUERTO RICO CAMPERS ASSOCIATION, INC. | Attorneys:<br>For Plaintiffs: CINDY GINEZ |
| VS | |
| PUERTO RICO AQUEDUCT AND SEWERS AUTHORITY | For Defendant: JORGE MARRERO NARVAEZ<br>STEVE JOHNSON |

==================================================================

Case called for status conference. Parties theories stated.

Defendant has filed a motion to dismiss for lack of jurisdiction.

Motion stands under advisement.

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY

s/c: C. Ginés
     J. Marrero
     L. Prieto
     S. Johnson

SEP 28 2000