UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

DATE: November 30, 2000

BEFORE HONORABLE JAY A. GARCIA-GREGORY

COURTROOM DEPUTY: Rosie G. Oliver

CASE NO: Civil No. 97-1493

===============================================================
Puerto Rico Campers Association              Cindy Gines-Sanchez
                Vs.
Puerto Rico Aqueduct & Sewer Authority       Jorge Marrero-Narvaez
                                             Steven Johnson

===============================================================
STATUS CONFERENCE held. After meeting with counsel they informed the court that they have a report concerning a tentative agreement between Rio Mar Association and PRASA but that the same has to be worked upon. Depending on the outcome negotiations of that agreement, the court will set another status conference for MARCH 8, 2001 at 4:00 P.M.