UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                         DATE: MARCH 8, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. Cv. 97-1493 (JAG)

================================================================

| | |
|---|---|
| PUERTO RICO CAMPERS ASSOCIATION<br>VS | Attorneys: CINDY GINES SANCHEZ |
| PUERTO RICO AQUEDUCT & SEWERS AUTHORITY | JORGE MARRERO NARVAEZ<br>STEVEN JOHNSON |

Parties notified that an agreement has been reached and delivered to Rio Mar and the same is expected to signed during this month.

**Parties to be notified.**

s/cs:to ( ✓ )
attys/pts
in ICMS

MAR 1 3 2001

_____
Lily Alicea-Courtroom Deputy