IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS
ASSOCIATION

**Plaintiff(s)**

v.   CIVIL NO. 97-1493 (JAG)

PUERTO RICO AQUEDUCT AND
SEWERS AUTHORITY

**Defendant(s)**

## ORDER

As of April 16, 2001, the record does not reflect that the agreement has been signed and the Court does not yet have before it a joint motion to dismiss the case pursuant to the agreement. The parties shall have until April 27, 2001 to file such a motion with the Court.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of April, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


