UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPER'S ASSOCIATION

    **Plaintiff(s)**

    v.                        CIVIL NUMBER:  97-1493 (JAG)

PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/23/01<br>**Title:** Motion for Leave to Withdraw Appearance of Co-Counsel<br>**Docket(s):** 48<br>[ ] Plff(s)  [ x ] Dft(s)  [ ] Other | **GRANTED.** |

Date: May 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

