IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS
ASSOCIATION

**Plaintiff(s)**

v.

CIVIL NO. 97-1493 (JAG)

PUERTO RICO AQUEDUCT AND
SEWERS AUTHORITY

**Defendant(s)**

## ORDER

The parties shall have until June 15, 2001 to file a joint motion for dismissal. The Court makes it clear that it does not wish to receive an update on the case. Rather, the time provided in this order is to finish and sign the agreement, and then to submit a motion to dismiss the case not later than June 15, 2001. The parties have had ample time to deal with this matter and the Court expects that they will move expeditiously to comply with the term of this order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this May 7, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


