# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPER'S ASSOCIATION

    **Plaintiff(s)**

    v.                            CIVIL NUMBER:   97-1493 (JAG)

PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/15/01<br>**Title:** Motion Regarding Settlement Negotiations<br>**Docket(s):** 53<br>[ ] **Plff(s)**   [ x ] **Dft(s)**   [ ] **Other** | On or before August 15, 2001 the parties shall inform the Court the status of settlement negotiations. The Court expects the parties to have reached an agreement by that date. If no agreement is reached, then the Court will proceed to decide the pending motion to dismiss and depending on the outcome, set the case for pretrial and trial. |

**Date:** July 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

