# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPER'S ASSOCIATION

**Plaintiff(s)**

v.                                        CIVIL NUMBER:   97-1493 (JAG)

PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/15/01<br>**Title:** Informative Motion<br>**Docket(s):** 55<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **NOTED.** The Court refers this case to Magistrate-Judge Aida M. Delgado for appropriate disposition of any pending dispositive motions and discovery issues.<br><br>Magistrate-Judge Delgado shall explore further settlement efforts and possible trial by consent. |

Date:   August 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge