**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

PUERTO RICO CAMPERS' ASSOCIATION
    Plaintiff

    v.

                             Civil No. 97-1493(JAG)

PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY
    Defendant

---

## ORDER SETTING STATUS CONFERENCE

On August 24, 2001, District Judge Jay A. García referred to the undersigned a motion to dismiss filed by defendant Puerto Rico Aqueduct and Sewer Authority (PRASA).

The record reflects that by the end of the year 2000 settlement negotiations were on-going and that on March 7, April 27 and June 15, 2001, the parties reported difficulties in reaching a final agreement.

In view of the fact that the Court's referral allows for the holding of conferences and pretrial management, **a Status Conference is set for September 18, 2001, at 10:00 AM.**

At the conference the parties must appear ready to report on:

1. Their respective position in regards to all issues and legal controversies.

2. Status of discovery

3. Status of settlement efforts.

4. Whether they consent to the trial jurisdiction of this Magistrate-Judge.

**SO ORDERED.**

At San Juan, Puerto Rico, this 28th day of August, 2001.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge


