## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION
  Plaintiff

v.                                              Civil No. 97-1493(JAG)

PUERTO RICO AQUEDUCT AND
SEWER AUTHORITY
  Defendant

_____

### STATUS CONFERENCE REPORT AND ORDER

This case was referred to the undersigned on August 27, 2001 (**Docket No. 56**)

A Status Conference was held on September 18, 2001. At the time the parties were apprised that upon studying the case file I realized there were grounds upon which I should disqualify myself from further participation in this case.

Accordingly, I hereby disqualify myself from the case. The same will be reassigned by the Clerk of Court.

It must be noted, and the parties agreed to clarify, that there are possibilities to have a settlement agreement reached and properly signed by the parties in interest. However, two or three weeks may be needed for the settlement agreement to be reviewed and approved – if to be approved – by a law firm in New York.

SO ORDERED.

At San Juan, Puerto Rico, this 27th day of September, 2001.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge