## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**PUERTO RICO CAMPERS' ASSOCIATION**

**Plaintiff**

vs.   **CIVIL NO. 97-1493-(JAG)**

**PUERTO RICO AQUEDUCT AND SEWER AUTHORITY**

**Defendant**

*************************************************

### MEMORANDUM OF THE CLERK

Pursuant to Order of Recusal of Magistrate-Judge Aida M. Delgado-Colón dated October 1, 2001, this case has been randomly reassigned within the Case Assignment System to Magistrate-Judge Gustavo A. Gelpí.

At San Juan, Puerto Rico, October 2, 2001.

FRANCES RIOS DE MORAN
Clerk of Court

Laura E. Rivera
Operations Manager


