IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.                                                    CIVIL NO. 97-1493 (JAG)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

Defendant

---

**ORDER**

Oral Argument on defendant PRASA's Motion to Dismiss is hereby set for **Monday, October 22, 2001 at 4:00 p.m.**.

Should the parties reach a settlement agreement prior to said date, they shall inform the Court immediately. Also, at the October 22, 2001 hearing, the parties shall inform the Court whether they consent to proceed before the undersigned Magistrate-Judge.

The Court reminds the parties that discovery in this case has not been stayed. See Order of September 30, 1998 (Docket No. 29).

**SO ORDERED**.

At San Juan, Puerto Rico, this 4th day of October, 2001.

GUSTAVO A. GELPI
United States Magistrate-Judge