IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.                                            CIVIL NO. 97-1493 (JAG)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

Defendant

## ORDER

Oral Argument on defendant PRASA's Motion to dismiss is hereby **RESET** for **Monday, October 29, 2001 at 4:00 p.m.**.

**SO ORDERED**.

At San Juan, Puerto Rico, this 9th day of October, 2001.

GUSTAVO A. GELPI
United States Magistrate-Judge

