IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.                                      CIVIL NO. 97-1493 (JAG)

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

Defendant

---

### ORDER

A status conference before the undersigned was held on this date. The following timetable was agreed to by the parties and approved by the Court:

(i) Within thirty (30) days of the entry of this order (a) the parties shall inform the Court whether they consent to have the instant proceedings conducted before the undersigned; (b) PRASA shall retain the services of outside counsel, who shall file an appearance; and, (c) plaintiff shall amend the complaint pursuant to Fed. R. Civ. P. 15(a)

(ii) Within sixty (60) days of the entry of this order PRASA shall renew its motion to dismiss or file a motion for summary judgment. If matters outside the pleadings are brought to the Court's attention, the Court shall treat the motion as one for summary judgment.

(iii) Plaintiff, in turn, shall have twenty (20) days to oppose PRASA's motion to discuss, or forty five (45) days to oppose PRASA's motion for summary judgment.

**SO ORDERED.**

At San Juan, Puerto Rico, this 29th day of October, 2001.

GUSTAVO A. GELPI
United States Magistrate-Judge