# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

   Plaintiff

      v.

                             **CIVIL NO. 97-1493 (JAG)**

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

   Defendant

| MOTION | ORDER |
|---|---|
| Date Filed: 12/07/01<br><br>Title: Motion for Enlargement of Time to Respond, Plead or Otherwise Act to Plaintiff's Second Amended Complaint and Defendant's Consent to Exercise of Jurisdiction by a United States Magistrate-Judge.<br><br>Docket No.: 65<br>[ ] Plffs  [X] Defs   [ ] Other | **GRANTED.** The matter of consent to exercise of jurisdiction by the undersigned has been referred to Judge García-Gregory. |

Date:  December 13, 2001

GUSTAVO A. GELPI
United States Magistrate-Judge


