IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.                                                        CIVIL NO. 97-1493 (JAG)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

Defendant

---

## ORDER

Plaintiff, Puerto Rico Campers Association, Inc. and defendant, Puerto Rico Aqueduct and Sewer Authority, have voluntarily consented through their respective counsel, to have United States Magistrate-Judge Gustavo A. Gelpí conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings in accordance with the provisions of 28 U.S.C. § 636 (c) and Fed. R. Civ. P. 73. Plaintiff, Puerto Rico Campers Association, Inc. consented through Tomás Rodríguez, President of the organization. Puerto Rico Aqueduct and Sewer Authority consented through their respective counsel. (See Dockets 63 and 65)

On Friday, December 14, 2001, Easter Ecological Coalition, Inc. filed a motion regarding their voluntary dismissal in the present case, pursuant to Fed. R. Civ. P. 41 (a)(1). (See Docket 66)

In view of the aforementioned, the Court hereby **ORDERS** that this case be referred to United States Magistrate-Judge Gustavo A. Gelpí.

At San Juan, Puerto Rico, this 17th day of December, 2001.

JAY A. GARCÍA-GREGORY
United States District Judge