# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.  **CIVIL NO. 97-1493 (JAG)**

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

Defendant

| MOTION | ORDER |
|---|---|
| Date Filed: March 7, 2002 | **GRANTED.** The Clerk of Court will note the appearance of attorneys Peter D. Robertson and John C. Martin, and henceforth shall notify said counsel of all orders in this case. Counsel for plaintiff shall also take note of this matter. |
| Title: Motion for Leave to Appear Pro Hac Vice | |
| Docket No.: 70<br>[ ] Plffs  [X] Defs  [ ] Other | |

Date: March 11, 2002

GUSTAVO A. GELPI
United States Magistrate-Judge


