IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.                                         CIVIL NO. 97-1493 (GAG)

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

Defendant

## ORDER

If defendant, Puerto Rico Aqueduct and Sewer Authority, intends to renew its motion to dismiss or file a motion for summary judgment, it shall do so within twenty (20) days from the entry of this order. If matters outside the pleadings are brought to the Court's attention in a motion to dismiss, the Court shall treat the motion as one for summary judgment.

Plaintiff, Puerto Rico Campers' Association, in turn, shall have twenty (20) days to oppose a motion to dismiss and/or a motion for summary judgment.

If defendant intends to rely on its original motion to dismiss, it shall so inform the Court immediately.

At San Juan, Puerto Rico, this 25th day of March, 2002.

GUSTAVO A. GELPÍ
United States Magistrate-Judge