

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.                                          **CIVIL NO. 97-1493 (JAG)**

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

Defendant

---

| MOTION | ORDER |
|---|---|
| Date Filed: April 11, 2002 | **GRANTED** as requested. |
| Title: Motion for Enlargement of Time to File Motion for Summary Judgment Motion | |
| Docket No.:73 | |
| [ ] Plffs  [X] Defs  [ ] Other | |

Date:  April 15, 2002

GUSTAVO A. GELPI
United States Magistrate-Judge


