CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED

| | |
|---|---|
| PUERTO RICO CAMPERS' ASSOCIATION<br><br>Plaintiff<br><br>v.<br><br>PUERTO RICO AQUEDUCT AND SEWER AUTHORITY<br><br>Defendant | CIVIL NO. 97-1493 (GAG) |

| MOTION | ORDER |
|---|---|
| Date Filed: April 23, 2002 | **GRANTED** as requested. |
| Title: Motion for Enlargement of Time to File Motion for <u>Summary Judgment</u> | |
| Docket No.: 75<br>[ ] Plffs  [X] Defs    [ ] Other | |

Date: April 25, 2002

GUSTAVO A. GELPI
United States Magistrate-Judge