IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.                                            CIVIL NO. 97-1493 (GAG)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

Defendant

## ORDER

Plaintiff shall file its opposition to PRASA's motion within thirty (30) days from the entry of this order. <u>The parties are reminded that in this District compliance with Local Rule 311.12 is of the essence.</u> See <u>Morales v. A.C. Orssleff's EFTF</u>, 246 F. 3d 32, 34-35 (1st Cir. 2001); <u>Rivera-Velez v. PREPA</u>, 170 F. Supp. 2d 158, 162-163 (D.P.R. 2001).

Compliance with this order is expected since the Court intends to promptly rule on the matter before it.

At San Juan, Puerto Rico, this 10th day of May, 2002.

GUSTAVO A. GELPÍ
United States Magistrate-Judge