IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.

CIVIL NO. 97-1493 (GAG)

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

Defendant

| MOTION | ORDER |
|---|---|
| Date Filed: May 14, 2002 | **GRANTED** as requested. |
| Title: Plaintiff's Request for an Enlargement of Time to Respond to Motion for Summary Judgment | |
| Docket No.: 79<br>[x] Plffs  [] Defs  [ ] Other | |

Date: May 16, 2002

GUSTAVO A. GELPI
United States Magistrate-Judge

