IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.  CIVIL NO. 97-1493 (GAG)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

Defendant

| MOTION | ORDER |
|---|---|
| Date Filed: June 5, 2002 | **GRANTED.** |
| Title: Defendant Puerto Rico Aqueduct and Sewer Authority's Motion for Leave to File an Amended Answer to Plaintiff's Second Amended Complaint and Affirmative Defenses | |
| Docket No.: 82<br>[ ] Plffs  [x] Defs  [ ] Other | |
| Date:  June 17, 2002 | U.S.M.J.<br><br>GUSTAVO A. GELPI<br>United States Magistrate-Judge |

s/cs:to ( 4 )
attys/pts
in ICMS

JUN 18 2002