IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION, INC.

   Plaintiff

   v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

   Defendant

CIVIL NO. 97-1493 (GAG)

RECEIVED AND FILED
2002 JUL -8 PM 3:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Date Filed: July 1, 2002<br><br>Title: Defendant Puerto Rico Aqueduct and Sewer Authority's Motion for Leave to File a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment<br><br>Docket No.: 86<br>[x] Plffs  [] Defs  [] Other | In relation to the Court order signed July 3, 2002, granting the defendant leave to file a reply to plaintiff's opposition to defendant's summary judgment, the Court *nunc pro tunc* amends the prior order to include: The Court also **GRANTS** the plaintiff five (5) working days to file a sur reply to defendant's reply. No further extension of time will be granted. |

Date: July 8, 2002

GUSTAVO A. GELPI
United States Magistrate-Judge