IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION, INC.

    Plaintiff

    v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

    Defendant

CIVIL NO. 97-1493 (GAG)

| MOTION | ORDER |
|---|---|
| Date Filed: July 1, 2002 | **GRANTED**, as requested. |
| Title: Defendant Puerto Rico Aqueduct and Sewer Authority's Motion for Leave to File a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | |
| Docket No.: 86<br>[ ] Plffs  [x] Defs  [ ] Other | |
| Date: July 3, 2002 | GUSTAVO A. GELPI<br>United States Magistrate-Judge |