IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.                                CIVIL NO. 97-1493 (JAG/GAG)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

Defendant

---

### ORDER

A status/scheduling conference is hereby set for **Wednesday, September 11, 2002 at 3:00 p.m.**.

**SO ORDERED**.

At San Juan, Puerto Rico, this 22 day of August, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge

