IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.                                    CIVIL NO. 97-1493 (JAG/GAG)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

Defendant

---

## MINUTES OF PROCEEDINGS AND ORDER

A further status conference was held today before the undersigned. Plaintiff was represented by attorneys Cindy Ginés-Sánchez. Defendant was represented by attorneys Jorge Marrero-Narvaez and Peter Robertson.

The Court stayed all discovery for a period of twenty (20) days for purposes of settlement.

Otherwise, discovery will commence in twenty (20) days from this date and will conclude no later than March 15, 2003.

On or before October 4, 2002 the parties shall hold a Rule 311(11) discovery conference and file a joint discovery schedule.

All dispositive motions must be filed on or before April 15, 2003.

**SO ORDERED.**

At San Juan, Puerto Rico, this 11th day of September, 2002.

GUSTAVO A. GELPÍ
United States Magistrate-Judge