# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION,
INC.

   Plaintiff

       v.

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

   Defendant

**CIVIL NO. 97-1493 (JAG/GAG)**

| MOTION | ORDER |
|---|---|
| Date Filed: February 3, 2003 | **GRANTED**. If no settlement is reached within sixty (60) days the parties shall so inform the Court via motion. |
| Title: Joint Motion to Stay Discovery for Purpose of Settlement | |
| Docket No.: 96<br>[ x ] Plffs **and** [x] Defs  [ ] Other | |

Date:  February 4, 2003

U. S. M. S.

GUSTAVO A. GELPI
United States Magistrate-Judge

