IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.                                                          CIVIL NO. 97-1493 (JAG)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

Defendant

| MOTION | ORDER |
|---|---|
| Date Filed: April 4, 2003 | NOTED. If settlement is not reached by June 3, 2003, the parties shall notify the Court <u>immediately</u>, and a settlement conference shall be set forthwith. Discovery is stayed until the Court holds said settlement conference. |
| Title: Informative Motion Regarding Settlement Status and to Continue Stay of Discovery | |
| Docket No.: 98 | |
| [x] Plffs and [x] Defs    [ ] Other | |

Date: April 8, 2003

U.S.M.J.

GUSTAVO A. GELPI
United States Magistrate-Judge


