IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO CAMPER'S ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil No. 97-1493<br>)  (JAG/GAG) |
| PUERTO RICO AQUEDUCT AND<br>SEWER AUTHORITY, | )<br>)  **Order** |
| Defendant | )<br>) |

## ORDER

The Joint Discovery Schedule is stayed until August 3, 2003. If settlement is not achieved by that date, the Schedule shall again become binding on both parties and 220 days shall be added to all dates contained therein.

IT IS SO ORDERED this 11th day of June, 2003.

_____
V.S.M.J.

UNITED STATES MAGISTRATE-JUDGE

- 3 -