IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION

Plaintiff

v.   CIVIL NO. 97-1493 (JAG/GAG)

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

Defendant

---

## ORDER

The parties shall inform the Court within five (5) days whether a settlement was achieved by August 3, 2003. If not, the parties shall <u>strictly</u> comply with the joint discovery schedule (<u>see</u> Docket Nos. 95 and 101). Further requests for extensions will not be favored. The Court advises the parties that any summary judgment motions will be readily ruled upon, and, if so warranted, a prompt trial date will be set early next year.

**SO ORDERED**.

At San Juan, Puerto Rico, this 11th day of August, 2003.

V. S. M. T.

GUSTAVO A. GELPI
United States Magistrate-Judge