

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION, INC.

   Plaintiff

   v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

   Defendant

CIVIL NO. 97-1493 (JAG/GAG)

| MOTION | ORDER |
|---|---|
| Date Filed: August 19, 2003<br><br>Title: *Informative Motion Regarding Settlement Status and to Continue Stay of Discovery by Plaintiff and Defendant*<br><br>Docket No.:<br><br>[x] Plffs and [x] Defs  [ ] Other | The Joint Discovery Schedule is hereby stayed until September 30, 2003. This is the <u>final</u> extension that the Court will grant. If settlement is not achieved by such date, the Court's April 8, 2003 scheduling order (Docket No. 95) shall again become binding on both parties and 120 days will be added thereto. |

Date: August 20, 2003

*U.S.M.J.*

GUSTAVO A. GELPI
United States Magistrate-Judge

