# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS' ASSOCIATION, INC.

    Plaintiff

    v.                  CIVIL NO. 97-1493 (JAG/GAG)

PRASA

    Defendant

---

## ORDER

The parties shall inform the Court within five (5) days whether they reached a settlement.

If no settlement has been reached, the parties shall comply with the Court's scheduling order (see Docket No. 104).

**SO ORDERED.**

In San Juan, Puerto Rico this 15th day of October, 2003.

                              U.S.M.J.

                    GUSTAVO A. GELPI
                    United States Magistrate-Judge


