IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPER'S ASSOCIATION

Plaintiff

v.                                       CIVIL NO. 97-1493 (JAG/GAG)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

Defendant

| MOTION | ORDER |
|---|---|
| Date Filed: October 24, 2003<br><br>Title: *Informative Motion Regarding Settlement Status*<br><br>Docket No.: 106<br><br>[x] Plffs and [x] Defs [ ] Other | Defendant PRASA shall approve or reject the consent decree within thirty (30) days. Once this is done, the Court shall be informed, and the EPA shall immediately be notified for comment. A copy of the EPA notification shall also be filed before the Court. |

Date:   October 29, 2003

GUSTAVO A. GELPI
United States Magistrate Judge