IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPER'S ASSOCIATION

    Plaintiff

    v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

    Defendant

CIVIL NO. 97-1493 (JAG/GAG)

## ORDER

Plaintiff shall inform the Court by December 15, 2003 whether the proposed settlement agreement is accepted.

**SO ORDERED.**

In San Juan, Puerto Rico this 8th day of December, 2003.

GUSTAVO A. GELPI
United States Magistrate-Judge