IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



PUERTO RICO CAMPER'S ASSOCIATION

   Plaintiff

   v.                            CIVIL NO. 97-1493 (JAG/GAG)

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

   Defendant

| MOTION | ORDER |
|---|---|
| Date Filed: December 10, 2003 | The parties are granted a final extension until December 30, 2003 to advise if settlement has been approved. |
| Title: *Informative Motion Regarding Settlement Status* | |
| Docket No.: 110 | |
| [x] Plffs  [] Defs  [ ] Other | |
| Date: December 11, 2003 | /s/ U.S.M.J. |

GUSTAVO A. GELPI
United States Magistrate Judge