GAG

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPER'S ASSOCIATION

    Plaintiff

    v.                    **CIVIL NO. 97-1493 (JAG/GAG)**

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: December 18, 2003 | **GRANTED** as requested. The parties are reminded that they shall inform the Court by December 31, 2003 whether the settlement is approved. |
| Title: Informative Motion Regarding Settlement Status | |
| Docket No.: 112 | |
| [ x ] Plffs   [] Defs   [ ] Other | |

Date: December 22, 2003

U.S.M.J

GUSTAVO A. GELPI
United States Magistrate Judge

113