IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPER'S ASSOCIATION, INC.
    Plaintiff

v.                CIVIL NO. 97-1493 (JAG/GAG)

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
    Defendant

| MOTION | ORDER |
|---|---|
| Date Filed: December 23, 2003 | Noted. The parties are granted until January 18, 2004 to inform the Court of the final disposition of this matter. |
| Title: Informative Motion Regarding Settlement Negotiations | |
| Docket No.: | |
| [x] Plffs  [] Defs  [] Other | |
| Date: December 24, 2003 | /s/ U.S.M.J. |

GUSTAVO A. GELPI
United States Magistrate Judge