IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPER'S
ASSOCIATION

    Plaintiff

    v.

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

    Defendant

CIVIL NO. 97-1493 (JAG/GAG)

| MOTION | ORDER |
|---|---|
| Date Filed:     , 2004<br><br>Title: *Informative Motion Regarding Settlement Negotiations*<br><br>Docket No.:<br><br>[x] Plffs  [] Defs  [] Other | The Court shall extend settlement negotiations until March 31, 2004, as requested. Unless extraordinary circumstances are present, this is the final extension which will be granted. Otherwise, the Court will set the matter for trial. |

Date:

U.S.M.J.

GUSTAVO A. GELPI
United States Magistrate Judge