IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

P.R. CAMPERS ASSOCIATION, INC,
Plaintiff

v.

P R A S A,
Defendant

CIVIL NO. 97-1493(JAG/GAG)

| MOTION | ORDER |
|---|---|
| Date Filed: February 9, 2004<br><br>Title: *Informative Motion Regarding Settlement Negotiations*<br><br>Docket No.: 116<br><br>[X] Plffs [] Defs [ ] Other | Noted and granted as requested. |

Date: February 12, 2004

/s/ USMJ

GUSTAVO A. GELPI
United States Magistrate Judge