**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

PUERTO RICO CAMPERS ASSOCIATION, INC., et. al.

    Plaintiffs

    v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

    Defendant

**CIVIL NO. 97-1493 (JAG/GAG)**

## ORDER

On February 3, 2004, the Court advised the parties until March 31, 2004 to agree to a consent decree, to be approved by the Court.

In the event no such settlement is reached, the Court shall hold an evidentiary hearing as to the request for injunction and declaratory judgment on **Thursday, April 29, 2004 at 9:00 a.m.**. If necessary, the same shall continue the following day.

The Court advises the parties that it can no longer extend the final disposition of this case which dates back to 1997.

**SO ORDERED.**

In San Juan, Puerto Rico this 25th day of March, 2004.

                                                  S/Gustavo A. Gelpí
                                                  GUSTAVO A. GELPI
                                          United States Magistrate-Judge