IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO CAMPER'S ASSOCIATION, <br> Plaintiff, <br><br>  v. <br><br> PUERTO RICO AQUEDUCT AND <br> SEWER AUTHORITY, <br> Defendant. | Civil No. 97-1493 <br> (JAG/GAG) <br> **Informative Motion** |

## SECOND INFORMATIVE MOTION REGARDING SETTLEMENT NEGOTIATIONS

Plaintiff hereby informs the Court through this motion of the status of the settlement negotiations in the above-captioned case.

1. A draft Consent Decree that settles all of the issues pending between these parties has been approved by both parties.

2. Plaintiff duly signed and ratified said Consent Decree on March 23 and forwarded it to Counsel for Defendant.

3. Counsel for PRASA acknowledges receipt of the agreement and has forwarded it for the necessary signatures.

4. PRASA's Governing Board has already accepted the agreement as it now stands.

5. The parties expect to submit the Consent Decree on or before April 23.

6. Counsel for Defendant has been notified of the content of this Motion and consents to the same.

Created by Neevia docuPrinter LT trial version  http://www.neevia.com

7. Counsel for Plaintiff asks the Court's indulgence in accepting this Motion including reference to a commercial PDF format creation software. Counsel is in the process of perfecting her ability to use the electronic filing system recently instituted by the Court.

Respectfully submitted this April 1, 2004.


/s  Cindy Ginés Sánchez
_____
Cindy Ginés Sánchez, Esq.
For Plaintiff
Pablo Maiz 5
Mayagüez, Puerto Rico 00680
Tel: 787-832-3630
E-mail: cgines@centennialpr.net


James Hecker, Esq.
Trial Lawyers for Public Justice
1717 Massachusetts Avenue, N.W., Suite 800
Washington, D.C. 20036


CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

| | |
|---|---|
| Jorge Marrero Narváez, Esq. | Peter D. Robertson, Esq. |
| Office of General Counsel | John C. Martin, Esq. |
| Puerto Rico Aqueduct and Sewer Authority | PATTON BOGGS L.L.P. |
| Sergio Cuevas Bustamente Building | 2550 M Street, N.W. |
| 604 Avenida Barbosa - 7th floor | Washington, D.C.  20037-1350 |
| Hato Rey, Puerto Rico   00917 | (202) 457-6320 |
| 787-620-2277 x2668 | (202) 457-6530 |

Created by Neevia docuPrinter LT trial version  http://www.neevia.com

In Mayaguez, Puerto Rico, on April 1, 2004.

/s  Cindy Ginés Sánchez
_____
Cindy Ginés Sánchez, Esq.

Created by Neevia docuPrinter LT trial version  http://www.neevia.com