**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

PUERTO RICO CAMPERS' ASSOCIATION

  Plaintiff,

    v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

  Defendant

**CIVIL NO.** 97-1493 (JAG/GAG)

## MINUTES OF PROCEEDING AND ORDER

    The Court spoke with counsel for the parties today to inquire whether a consent decree had been reached as previously ordered. A signed facsimile copy of the consent decree was received today by this Court. According to the parties, said consent decree will be offically filed with this Court by tomorrow afternoon. Accordingly, the hearing scheduled for **Thursday, April 29** and **Friday, April 30, 2004** is hereby cancelled.

**SO ORDERED**
In San Juan, Puerto Rico this 22nd day of April, 2004.

                                                **S/ Gustavo A. Gelpi**
                                                **GUSTAVO A. GELPI**
                                             United States Magistrate-Judge