IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO CAMPER'S ASSOCIATION<br><br>Plaintiff<br><br>v.<br><br>PUERTO RICO AQUEDUCT AND SEWER AUTHORITY<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) CIVIL NO. 97-1493<br>) (JAG/GAG)<br>) **Informative Motion**<br>)<br>)<br>)<br>) |

PLAINTIFF'S NOTICE OF FILING OF PROPOSED CONSENT DECREE

On April 26, 2004, the parties filed with the Court a proposed consent decree settling plaintiff's claims in this case.[1] The decree is subject to section 505 (c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c) (3), which provides, in relevant part:

No consent judgment shall be entered in any action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator.

On April 26, 2004, pursuant to said section and its implementing regulation 40 C.F.R. § 135.5(a), copies of the proposed consent decree were served by express courier service on the Administrator of the U.S. Environmental Protection Agency, the U.S. Attorney General, and the Regional Administrator for EPA, Region 2.

---

[1] The foregoing motion has been discussed with counsel for plaintiff, whom has acquiesced to its filing by the subscribing counsel.

2

Plaintiff requests that the Court refrain from entering the Consent Decree until the Court receives further notification from the parties that the requirements of the 45-day review period have been satisfied.

At San Juan, Puerto Rico, on April 26, 2004.

Respectfully submitted,

### CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Cindy Ginés, Esq., Counsel for Plaintiff, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Peter Robinson, Esq., PATTON BOGGS L.L.P., 2550 M Street, NW, Washington, DC 20037-1350, and James Hecker, Esq., Trial Lawyers for Public Justice, 1717 Massachusets Avenue, NW, Suite 800, Washington, DC 20036.

Jorge Marrero Narváez, Esq.
Office of General Counsel
Puerto Rico Aqueduct and
 Sewer Authority
Sergio Cuevas Bustamante Building
604 Avenida Barbosa – 10th floor
Hato Rey, PR 00917
(787) 620-2277 x2668
(787) 620-3830 (fax)
jorge.marreronarvaez@acueductospr.com

Peter D. Robertson, Esq.
PATTON BOGGS L.L.P.
2550 M Street, N.W.
Washington, DC 20037-1350
(202) 457-6000