IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPERS
ASSOCIATION,
   Plainitff,

v.

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY,
   Defendant

CIVIL NO. 97–1493(JAG/GAG)

## ORDER

On this date, the parties have filed a proposed consent decree which is subject to Section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3).

The Court, upon examining the same, hereby APPROVES the same, and has accordingly indicated so in the original document, which shall be made part of the file in this case. However, pursuant to Section 505(c)(3), judgment in this case shall be entered no earlier than June 10, 2004, that is, forty five (45) days from this date.

**SO ORDERED.**
In San Juan, Puerto Rico this 26th day of April, 2004

GUSTAVO A. GELPI
United States Magistrate Judge