IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO CAMPER'S ASSOCIATION

Plaintiff (s)

v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

Defendant (s)

CV. 97-1493 (JAG/ GAG)

## JUDGMENT

The Court, through the Honorable Magistrate Judge Gustavo A. Gelpí, has entered an order on April 28, 2004 (Dkt. 124) granting the "Consent Decree" filed by the parties on April 28, 2004 (Dkt. 123) .

WHEREFORE, it is

**ORDERED AND ADJUDGED** that said consent decree be, and is hereby binding between the parties, FURTHER, IT IS

**ORDERED AND ADJUDGED** that said agreement be, and is hereby made part of this judgment as though set forth in extenso.

FURTHER IT IS **ORDERED AND ADJUDGED** that the complaint be and is hereby **DISMISSED .**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 17 th day of April, 2004.

FRANCES RIOS DE MORAN
CLERK OF COURT

S/ Carlos J. Rodríguez
Deputy Clerk