IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **PUERTO RICO CAMPER'S ASSOCIATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PUERTO RICO AQUEDUCT AND SEWER AUTHORITY**<br><br>**Defendant.** | **Civil No. 97-1493 (JAG/GAG)** |

## JOINT MOTION TO ASSUME AND TO WITHDRAW LEGAL REPRESENTATION

TO THE HONORABLE COURT:

Comes now **Puerto Rico Camper's Association, Inc.** and respectfully request as follows:

1. Plaintiff has requested Attorney Cindy Ginés-Sánchez to withdraw as its representation in the above caption case.

2. Plaintiff has requested Colón & Román Law Firm to assume and continue its representation

3. Attorney Cindy Ginés-Sánchez moves this Honorable Court to authorize her withdrawal and Attorneys José Enrique Colón-Santana and Mádelin Colón-Pérez to authorize their joining to the case as Plaintiff´s legal representation.

**RESPECTFULLY SUBMITTED.**

CERTIFICATE OF SERVICE: We Certify that on this same date we electronically filed with the Clerk of this Court using CM/ECF system which will send notification of such filing to Copy of this document to **Atty. John C. Martin**, **Jorge Marrero-Narvaez**, and **Peter D. Robertson**.

In San Juan, Puerto Rico, this 8th day of May, 2006.

        s/ José Enrique Colón Santana
        José Enrique Colón Santana, Esq.
        USDC-PR 121312
        AVE. CESAR GONZALEZ #513
        HATO REY, PUERTO RICO 00918
        Tel 763-4111, Fax 766-1289
        E-mail jecolon@prtc.net


        s/ Mádelin Colón Pérez
        Mádelin Colón Pérez, Esq.
        USDC-PR 220006
        AVE. CESAR GONZALEZ #513
        HATO REY, PUERTO RICO 00918
        Tel 763-4111, Fax 766-1289
        E-mail: mcolon@colonroman.com


/s Cindy Ginés Sánchez
Cindy Ginés Sánchez, Esq.
For Puerto Rico Campers' Association
USDC-PR: 208302
P.O. Box 4129
Mayagüez, PR 00681
Tel: 787-832-3630 or 787-464-3947
Fax: 787-832-3530
E-mail: cgines@centennialpr.net